lin *Neely*, for appellant; *Lawrence J. Brenner*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gordon, Appellant.

Submitted March 18, 1974. *Mary Bell Hammerman*, for appellant; *Mark Sendrow, James J. Wilson*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gordon, Appellant.

Submitted March 28, 1974. *Charles W. Gross*, for appellant; *David Richman*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hall, Appellant.